# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
April 5, 2022

Lyle W. Cayce
Clerk

No. 21-10624
Summary Calendar

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

ELI TREVINO MUNGIA,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 5:21-CV-128

Before WIENER, DENNIS, and HAYNES, *Circuit Judges*.

PER CURIAM:*

Eli Trevino Mungia, federal prisoner # 26371-077, appeals the denial of his 18 U.S.C. § 3582(c)(1)(A) motion for compassionate release. He argues that the district court erred in concluding that he failed to show extraordinary and compelling reasons warranted relief.

---

* Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

No. 21-10624

We review the district court's denial for an abuse of discretion. *See United States v. Chambliss*, 948 F.3d 691, 693 (5th Cir. 2020). We may consider the entire record, going back to the original sentencing, in deciding whether the district court adequately justified its sentencing decision. *See Chavez-Meza v. United States*, 138 S. Ct. 1959, 1965 (2018).

Here, the district court adequately considered Mungia's arguments, and the record sufficiently supports its conclusion that, even if Mungia met the extraordinary and compelling relief standard, the 18 U.S.C. § 3553(a) factors weighed against release. *See Chavez-Meza*, 138 S. Ct. at 1965; *see also Chambliss*, 948 F.3d at 693. Accordingly, the district court's judgment is AFFIRMED on that basis, and we need not and do not consider Mungia's arguments challenging the district court's conclusion that he failed to show extraordinary and compelling reasons warranting relief. *See Ward v. United States*, 11 F.4th 354, 360-62 (5th Cir. 2021).